Certificate Number: 05781-VAE-DE-041387413

Bankruptcy Case Number: 26-33182

05781-VAE-DE-041387413

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2026, at 10:25 o'clock PM PDT, Bria Garrett completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: August 30, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President